

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00083-CV

IN RE L.J., Relator

§ Original Proceeding

§ 442nd District Court of Denton County, Texas

§ Trial Court No. 19-7757-362

§ April 29, 2021

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered relator's petition for writ of mandamus and petition for writ of habeas corpus and holds that the petition for writ of mandamus should be conditionally granted and the petition for writ of habeas corpus should be dismissed. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to dismiss the underlying case. Our writ will issue only if the trial court fails to comply. We dismiss the petition for writ of habeas corpus for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr